

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

## NO. WR-75,987-04

### EX PARTE REVAT RENE VARA, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1061075-A IN THE 208TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam*.

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for a writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of driving while intoxicated and sentenced to twenty-five years' imprisonment. The First Court of Appeals affirmed his conviction. *Vara v. State*, No. 01-07-00291-CR (Tex. App.—Houston [1st Dist.] Dec. 18, 2008) (not designated for publication).

Applicant contends that his trial counsel rendered ineffective assistance. The trial court made findings of fact, concluded that trial counsel was ineffective, and recommended that we grant relief.

Relief is granted. The judgment in cause number 1061075 in the 208th District Court of Harris County is set aside, and Applicant is remanded to the custody of the Sheriff of Harris County to answer the charges in the indictment. The trial court shall issue any necessary bench warrant within 10 days after the mandate of this Court issues.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: 1/13/16
Do not publish